SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
ROBERT S. BEALL, Cal. Bar No. 132016
  rbeall@sheppardmullin.com
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile:  714-513-5130

LEANN PEDERSEN POPE (Admitted Pro Hac Vice)
  lpope@burkelaw.com
STEPHEN R. MEINERTZHAGEN (Admitted Pro Hac Vice)
  smeinertzhagen@burkelaw.com
VICTORIA COLLADO (Admitted Pro Hac Vice)
  vcollado@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone: 312-840-7000
Facsimile:  312-840-7047

Attorneys for Defendants
BEAR STEARNS COMPANIES, LLC;
BEAR STEARNS RESIDENTIAL
MORTGAGE CORPORATION;
BEAR STEARNS & CO., LP; EMC
MORTGAGE CORPORATION;
JPMORGAN CHASE & CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH A. MONACO, ANITA M. MONACO, and JAMES BRANDT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEAR STEARNS COMPANIES, INC.; BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION; BEAR STEARNS & CO.; EMC MORTGAGE CORPORATION; JPMORGAN CHASE & CO.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:09-CV-05438-SJO-CT<br><br>**CLASS ACTION**<br><br>**RELATED CLASS ACTIONS IN WHICH EMC MORTGAGE IS ALSO A DEFENDANT AND STATEMENT OF DECISION DENYING CLASS CERTIFICATION IN RELEVANT ACTION**<br><br>Courtroom 880<br>Judge: Hon. S. James Otero<br><br>Complaint Filed: July 24, 2009 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1. As requested by the Court, attached are copies of complaints in two cases involving Option ARM loans in which defendant EMC Mortgage Corp. is also a defendant.

Exhibit 1: A true and correct copy of the operative Third Amended Class Action Complaint in the related pending class action of *Quezada v. Loan Center of California, Inc., et al.*, Case No. 2:08-cv-00177 (WBS) (E.D. Cal.);

Exhibit 2: A true and correct copy of the operative Third Amended Class Action Complaint in the related pending class action of *Plascencia v. Lending 1st Mortgage et al.*, Case No. C-07-4485-CW (N.D. Cal.).

2. Plaintiffs have already provided the Court with a copy of the class certification decision in *Plascencia v. Lending 1st Mortgage et al.*, Case No. C-07-4485-CW (N.D. Cal.). Defendants submit the recent decision denying class certification in the option ARM case of *Gregory M. Jordan v. Paul Financial, LLC,* No. C 07-04496 SI, 2009 WL 192888 (N.D. Cal. Jan. 27, 2009), a true and correct copy of which is attached as Exhibit 3.

Dated: September 23, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     s/Shannon Z. Petersen
Attorneys for Defendants
BEAR STEARNS COMPANIES LLC.,
incorrectly sued as BEARN STEARNS
COMPANIES, INC.; BEAR STEARNS
RESIDENTIAL MORTGAGE
CORPORATION; BEAR STEARNS & CO.,
LP, incorrectly sued as BEAR STERNS & CO.;
EMC MORTGAGE CORPORATION;
JPMORGAN CHASE & CO.


*Joseph A. Monaco, et al. v. Bear Stearns Companies, Inc., et al.*
U.S.D.C., Central District of California, Western Div.
Case No. Case No. 2:09-CV-05438-SJO-CT

## PROOF OF SERVICE

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **September 23, 2009**, I served the following document(s) described as:

**RELATED CLASS ACTIONS IN WHICH EMC MORTGAGE IS ALSO A DEFENDANT AND STATEMENT OF DECISION DENYING CLASS CERTIFICATION IN RELEVANT ACTION**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive email notices for this case:**

| | |
|---|---|
| Brian S. Kabateck, Esq.<br>Richard L. Kellner, Esq.<br>Kabateck Kellner LLP<br>Engine Company No. 28 Building<br>644 South Figueroa Street<br>Los Angeles, CA  90017<br>Tel 213-217-5000; Fax 213-217-5010<br>Email: bsk@kbklawyers.com;<br>rlk@kbklawyers.com | Attorneys for all Plaintiffs, individually and on behalf of all others similarly situated |
| David Mills Arbogast, Esq.<br>Arbogast and Berns LLP<br>6303 Owensmouth Ave., 10th Floor<br>Woodland Hills, CA  91367-2263<br>Tel 818-961-2000; Fax (818) 936-0232<br>Email: darbogast@law111.com | Attorneys for all Plaintiffs, individually and on behalf of all others similarly situated |
| Eric M. George, Esq.<br>Browne Woods George LLP<br>2121 Avenue of the Stars Suite 2400<br>Los Angeles, CA  90067<br>Tel 310-274-7100; Fax 310-275-5697<br>Email: egeorge@bwgfirm.com | Attorneys for all Plaintiffs, individually and on behalf of all others similarly situated |
| Steven M. Bronson, Esq.<br>Smoger & Associates<br>3175 Monterey Boulevard<br>Oakland, CA  94602-3560<br>Tel 510-531-4529; Fax 510-531-4377<br>Email: steven.bronson@gmail.com | Attorneys for all Plaintiffs, individually and on behalf of all others similarly situated |

W02-WEST:8SZP1\401188390.1
Case No. 2:09-CV-05438-SJO-CT

PROOF OF SERVICE

| | |
|---|---|
| 1  Jeffrey K Berns, Esq.<br>   Arbogast and Berns LLP<br>2  19510 Ventura Blvd., Suite 200<br>   Tarzana, CA  91356<br>3  Tel 818-961-2000; Fax 818 654 5988<br>   Email: jberns@law111.com<br>4 | Attorneys for all Plaintiffs,<br>individually and on behalf of all<br>others similarly situated |
| 5  Michael J. Quirk, Esq.<br>   Mark R. Cuker, Esq.<br>   Williams Cuker & Berezofsky<br>6  1617 J.F.K. Boulevard Suite 800<br>   Philadelphia, PA  19103<br>7  Tel 215-557-0099; Fax 215-557-0673<br>   Email: mcuker@wcblegal.com;<br>8  mquirk@wcblegal.com | Attorneys for all Plaintiffs,<br>individually and on behalf of all<br>others similarly situated |
| 9  Michael A. Bowse, Esq.<br>   Browne Woods George LLP<br>10 2121 Avenue of the Stars Suite 2400<br>   Los Angeles, CA  90067<br>11 Tel 310-274-7100; Fax 310-275-5697<br>   Email: mbowse@dskbwg.com<br>12 | Attorneys for all Plaintiffs,<br>individually and on behalf of all<br>others similarly situated |
| 13 LeAnn Pedersen Pope, Esq., Pro Hac Vice<br>   Stephen R. Meinertzhagen, Esq., Pro Hac Vice<br>   Victoria Collado, Esq., Pro Hac Vice Pending<br>14 Burke Warren Mackay & Serritella, PC<br>   330 North Wabash Avenue, 22nd Floor<br>15 Chicago, IL  60611-3607<br>   Tel 312-840-7013; Fax 312-840-7047<br>16 Email: smeinertzhagen@burkelaw.com;<br>   lpope@burkelaw.com; vcollado@burkelaw.com<br>17 | Attorneys for Defendants Bear<br>Stearns Companies, LLC; Bear<br>Stearns Residential Mortgage<br>Corporation; Bear Stearns & Co.,<br>LP; EMC Mortgage Corporation;<br>JPMorgan Chase & Co. |
| 18<br>   **ALSO SERVED ON:**<br>19 | |
| 20 VIA ELECTRONIC MAIL<br>   Robert S. Beall, Esq.<br>   Sheppard Mullin Richter & Hampton LLP<br>21 650 Town Center Drive, 4th Floor<br>   Costa Mesa, CA  92626-1993<br>22 Tel 714-513-5100; Fax 714-513-5130<br>   Email: rbeall@sheppardmullin.com<br>23 | Attorneys for Defendants Bear<br>Stearns Companies, LLC; Bear<br>Stearns Residential Mortgage<br>Corporation; Bear Stearns & Co.,<br>LP; EMC Mortgage Corporation;<br>JPMorgan Chase & Co. |
| 24 VIA U.S. MAIL<br>   Gerson H. Smoger, Esq.<br>   Smoger & Associates<br>25 3175 Monterey Boulevard<br>   Oakland, CA  94602-3560<br>26 Tel 510-531-4529; Fax 510-531-4377 | Attorneys for all Plaintiffs,<br>individually and on behalf of all<br>others similarly situated |

27

28

-3-

W02-WEST:8SZP1\401188390.1

Case No. 2:09-CV-05438-SJO-CT

PROOF OF SERVICE

1 | ☒ | **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ | **BY ELECTRONIC MAIL:** Said document(s) was transmitted by electronic mail The name(s) and email addresses of the person(s) served are set forth in the service list.

☐ | **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ | **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 23, 2009, at San Diego, California.

_____
Phyllis Chavez

-4-

W02-WEST:8SZP1\401188390.1
Case No. 2:09-CV-05438-SJO-CT

PROOF OF SERVICE