1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH A. MONACO, ANITA M. MONACO, and JAMES BRANDT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES, INC; BEAR STEARNS RESIDENTIAL MORTGAGE CORPORATION; BEAR STEARNS & CO.; EMC MORTGAGE CORPORATION, JPMORGAN CHASE & CO. and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. CV 09-05438 SJO (JCx)<br><br><u>CLASS ACTION</u><br><br>Hon. James Otero<br>Hon. Jacqueline Chooljian<br><br>**ORDER GRANTING SECOND AMENDED STIPULATION RE PROTECTIVE ORDER**<br><br>Complaint Filed: July 24, 2009<br>Trial Date:  December 4, 2012 |

THE COURT ORDERS and enters the terms of the Second Amended

Stipulation re Protective Order, filed as document no. 251 on May 1, 2012.

IT IS SO ORDERED.


Dated:  May 2, 2012


                                                    /s/
                                    HON. JACQUELINE CHOOLJIAN
                                    Magistrate Judge
                                    United Stated District Court

W02-WEST:8SZP1\404970246.1                    ORDER GRANTING SECOND AMENDED STIPULATION RE
                                                                    PROTECTIVE ORDER
                                                                Case No. CV 09-05438 SJO (JCx)